**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Bertha C. Nelson, William C. Nelson, | Civil No.  05-93 (RHK/RLE) |
| Plaintiffs, | **ORDER** |
| v. | |
| Howard Leo Kastner, | |
| Defendant. | |

---

Pursuant to the Stipulation filed by the parties, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on its merits, and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  August 1, 2006

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge